IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00292-RPM

FASTENERS, INC., a Colorado corporation,

    Plaintiff,

v.

RL INDUSTRIES, INC., a Colorado corporation,
d/b/a TIMBERLINE FASTENERS, INC.,
CINDY WORMINGTON, an individual, and
STEVE KONFRST, an individual,

    Defendants.

---

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

---

    This civil action was initiated by a complaint filed on February 11, 2008. On March 24, 2008, the defendants by their respective counsel filed a motion for extension of time to respond to the complaint, representing that it was unopposed because the parties had ongoing settlement discussions.

    Paragraph four of that motion recognized the reservation by the parties of the plaintiff's right to seek a temporary restraining order and the defendants reserving all defenses and objections to the complaint. In accordance with that motion, this Court entered an order on March 25, 2008, extending the time for responses to April 14, 2008. On April 7, 2008, the plaintiff filed a motion for a temporary restraining order and preliminary injunction, with attachments. Upon review of that filing, it appears that the injury which the plaintiff asserts is not so immediate and irreparable as to warrant the

issuance of a temporary restraining order before the adverse parties can be heard in opposition and it is therefore

ORDERED that the motion for a temporary restraining order is denied. The scheduling of discovery and further proceedings in this matter will be considered after the defendants have their opportunity to respond to the complaint by April 14, 2008.

DATED: April 8th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Honorable Richard P. Matsch
Senior United States District Court Judge