IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00292-RPM-MJW

FASTENERS, INC., a Colorado corporation,

      Plaintiff,

v.

RL INDUSTRIES, INC., a Colorado corporation,
D/B/A TIMBERLINE FASTENERS, INC.,
CINDY WORMINGTON, an individual, and
STEVE KONFRST, an individual,

      Defendants.

**ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT**

Upon consideration of Plaintiff Fasteners, Inc.'s Unopposed Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2), it is

ORDERED that the motion is granted and the Amended Complaint with Jury Demand attached thereto is deemed filed.

DATED: April 25th, 2008.

                                                  BY THE COURT:

                                                  s/Richard P. Matsch

                                                  _____

                                                  Richard P. Matsch, Senior Judge