THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00292-RPM-MJW

FASTENERS, INC., a Colorado corporation,

    Plaintiff,

v.

RL INDUSTRIES, INC., a Colorado corporation,
D/B/A TIMBERLINE FASTENERS, INC.,
CINDY WORMINGTON, an individual, and
STEVE KONFRST, an individual,
RTK ENTERPRISES, INC., f/k/a KEMPER PRODUCTS, INC.,
a Colorado corporation, and
RANDALL MILLS KEMP, an individual,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANT KONFRST

Pursuant to the Stipulation for Dismissal with Prejudice by the plaintiff and defendant Steve Konfrst in accordance with Fed. R. Civ. P. 41(a)(1), it is

ORDERED, that the Complaint is dismissed with prejudice as to Defendant Konfrst only, with each party to bear their own costs and attorney's fees.

DATED at Denver, Colorado, on July 3rd, 2008.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch
                United States District Court Judge