IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00292-RPM

FASTENERS, INC., a Colorado corporation,

    Plaintiff,

v.

RL INDUSTRIES, INC., a Colorado corporation,
d/b/a TIMBERLINE FASTENERS, INC.,
CINDY WORMINGTON, an individual,
RTK ENTERPRISES, INC., f/k/a KEMPER PRODUCTS, INC.,
a Colorado corporation, and
RANDALL MILLS KEMP, an individual,

    Defendants.

---

ORDER DENYING CINDY WORMINGTON MOTION TO DISMISS AND TO TRANSFER VENUE

---

The defendant Cindy Wormington filed motions to dismiss the original complaint and the amended complaint for lack of subject matter jurisdiction and for lack of personal jurisdiction over her. She submitted affidavits in support of her position. The plaintiff has responded and also filed affidavits concerning the interaction of the plaintiff's headquarters office in Englewood, Colorado, with the branch office in Omaha, Nebraska, during the time that defendant Cindy Wormington was branch manager. Upon review of the papers filed, the Court finds and concludes that the amended complaint is sufficient to allege factual support for claims for relief under the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 and the Lanham Act, 15 U.S.C. § 1125(a) supporting subject matter jurisdiction under 28 U.S.C. § 1331. The amended complaint also supports the request to exercise supplemental jurisdiction over state law claims

under 28 U.S.C. § 1367. The amended complaint also is sufficient to support a *prima facie* showing of such interaction between the defendant Cindy Wormington and the plaintiff's headquarters in Colorado and supports a finding of continuous and systematic contacts with that office making her subject to personal jurisdiction in this court. There are factual disputes concerning the operations of the plaintiff's business in the respective affidavits filed, but there is a sufficient showing that operations of the plaintiff's branch office in Omaha were integrally related to the home office and that is particularly true with respect to the plaintiff's claims relating to the centralized customer data base in the computer maintained by the plaintiff in Colorado.

At the preliminary scheduling conference held on June 13, 2008, this Court suggested briefing on the alternative motion of defendant Cindy Wormington to transfer this civil action to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1404(a). That briefing has been completed. The plaintiff and the defendants other than Cindy Wormington are opposed to the transfer and the defendant Cindy Wormington has failed to show a sufficient factual basis to warrant the transfer of venue. Accordingly, it is now

ORDERED that the motions to dismiss filed by defendant Cindy Wormington are denied and it is

FURTHER ORDERED that the defendant Cindy Wormington's motion to transfer venue is denied and it is

FURTHER ORDERED that defendant Cindy Wormington will file an answer to the amended complaint on or before August 27, 2008. The Court will set a scheduling conference under Rule 16 at a time to be arranged.

DATED: August 7th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge