IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00292-RPM

FASTENERS, INC., a Colorado corporation,

    Plaintiff,

v.

RL INDUSTRIES, INC., a Colorado corporation,
d/b/a TIMBERLINE FASTENERS, INC.,
CINDY WORMINGTON, an individual,
RTK ENTERPRISES, INC., f/k/a KEMPER PRODUCTS, INC.,
a Colorado corporation, and
RANDALL MILLS KEMP, an individual,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [62], filed on October 10, 2008, it is

ORDERED that this action is dismissed as to defendant RL Industries, Inc., d/b/a Timberline Fasteners, Inc., each party to bear their own attorneys' fees and costs.

DATED: October 10th, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge