IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00292-RPM

FASTENERS, INC., a Colorado corporation,

    Plaintiff,

v.

CINDY WORMINGTON, an individual,
RTK ENTERPRISES, INC., f/k/a KEMPER PRODUCTS, INC.,
a Colorado corporation, and
RANDALL MILLS KEMP, an individual,

    Defendants.

---

## ORDER MODIFYING SCHEDULING ORDER

Upon consideration of Kemp Defendants' Second Unopposed Motion to Modify Scheduling Oder [67], filed on February 27, 2009, it is

ORDERED that the Scheduling Order is modified to reflect a March 30, 2009, deadline for Defendants' expert reports.

DATED: March 2nd, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge