IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00292-RPM-MJW

FASTENERS, INC., a Colorado corporation,

    Plaintiff

v.

Cindy Wormington, Randy Kemp et al
et al.,

    Defendants.

___

**ORDER FOR DISMISSAL OF CINDY WORMINGTON WITH PREJUDICE**
___

Pursuant to the Stipulation for Dismissal with Prejudice by the plaintiff and defendant-counter claimant, Cindy Wormington, in accordance with Fed. R. Civ. P. 41(a)(1), it is hereby

ORDERED, that the Complaint is dismissed with prejudice as to Defendant Wormington only, and the counter claim of Wormington against Plaintiff, Fasteners, is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED at Denver, Colorado, on March 19th, 2009.

        BY THE COURT

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge