IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00292-RPM

FASTENERS, INC., a Colorado corporation,

    Plaintiff,

v.

RTK ENTERPRISES, INC., f/k/a KEMPER PRODUCTS, INC.,
a Colorado corporation, and
RANDALL MILLS KEMP, an individual,

    Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [71], filed on June 1, 2009, it is

ORDERED that all claims and counterclaims asserted by Plaintiff Fasteners, Inc., and Defendants RTK Enterprises, Inc., f/k/a Kemper Products, Inc., and Randall Mills Kemp are dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED: June 2nd, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior Judge